

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00292-CV

**IN THE INTEREST OF K.G., ET AL., CHILDREN,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00298
Honorable Peter Sakai, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 28, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk